JULIUS A. ABRAHAMS, Plaintiff, *v.* WILLIAM J. BENEKE, Defendant.

ANTHONY J. GRIFFIN, as Receiver of the Firm of VERPLANCK & COMPANY, Appellant; MECHANICS' BANK OF BROOKLYN, Respondent.

*Abrahams* v. *Beneke*, 155 App. Div. 525, appeal dismissed.
(Submitted June 17, 1913; decided October 21, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 28, 1913, which reversed an order of Special Term denying a motion by the respondent herein for leave to levy upon assets in the hands of a receiver *pendente lite* and granted said motion.

*Jesse S. Epstein* and *William C. Rosenberg* for appellant.

*Harry Cook* and *Nathan April* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.